UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

| | | |
|---|---|---|
| KENTUCKY WESLEYAN COLLEGE | : | |
| Plaintiff, | : | |
| vs. | : | CASE NO.: 4:19-cv-124-JHM |
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA | : | |
| Defendant | : | |

v.     **AGREED ORDER OF DISMISSAL**

Come the Plaintiff, Kentucky Wesleyan College, and the Defendant, Travelers Property Casualty Company of America, by counsel, and having agreed, IT IS HEREBY ORDERED that all claims asserted by the Plaintiff are hereby dismissed with prejudice, with each party to bear their own costs.

SO ORDERED .

*Joseph H. McKinley Jr.*, Senior Judge
United States District Court

April 19, 2021

HAVE SEEN AND AGREED TO:

*/s/ Robert A. Young (by permission)*
_____
Robert A. Young, Esq.
*Counsel for Plaintiff*

*/s/ Stephen C. Keller*
_____
Stephen C. Keller, Esq.
*Counsel for Defendant,*
*Travelers Property Casualty Company of America*